USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

TRUSTEES OF THE IATSE NATIONAL          :          09 Civ. 452 (SHS)
HEALTH AND WELFARE FUND, *ET AL*,
                                        :
            Plaintiffs,
                                        :
         -against-                                 ORDER
                                        :
WAKE MAD PRODUCTIONS, LLC,
                                        :
            Defendant.
----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judges.

        A pretrial conference having been held today, with counsel for plaintiffs present,

and no appearance on behalf of defendant,

        IT IS HEREBY ORDERED that the conference is adjourned to May 7, 2009, at

4:30 p.m.


Dated: New York, New York
       March 27, 2009


                                        SO ORDERED:


                                        _____
                                        Sidney H. Stein, U.S.D.J.